**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | 87 Castle Hill Court, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1363603 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**38-36 Flatlands Avenue**<br>**Brooklyn, NY 11234**<br>Number, Street, City, State & ZIP Code<br><br>**Kings**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**87 Castle Hill Court Southampton, NY 11968**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **87 Castle Hill Court, LLC**                                 Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Zoltan Karoly Kovacs** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Eastern District of New York** | When **8/30/18** | Case number, if known **18-75875** |

| Debtor | 87 Castle Hill Court, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   __87 Castle Hill Court, LLC__                                Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 4, 2019__
              MM / DD / YYYY

X __[signature]__                                   __Zoltan Kovacs__
  Signature of authorized representative of debtor    Printed name

Title   __Operating Manager__

**18. Signature of attorney**

X __[signature]__                                   Date __February 4, 2019__
  Signature of attorney for debtor                       MM / DD / YYYY

__Lawrence F. Morrison__
Printed name

__Morrison Tenenbaum, PLLC__
Firm name

__87 Walker Street, Second Floor__
__New York, NY 10013__
Number, Street, City, State & ZIP Code

Contact phone   __212-620-0938__      Email address   __info@m-t-law.com__

__2889590 NY__
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 87 Castle Hill Court, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 Thompson AW Hlds LLC c/o Rheem Bell & Mermelst 302 Fifth Avenue, 8th Fl New York, NY 10001 | | 87 Castle Hill Court, Southampton, NY 11968 | Disputed | $4,360,275.00 | $3,200,000.00 | $3,160,275.00 |
| 9 Mineta AW Hldgs LLC c/o Rheem Bell & Mermelst 302 5th Avenue, 8th Fl New York, NY 10001 | | 87 Castle Hill Court, Southampton, NY 11968 | Disputed | $1,090,225.00 | $3,200,000.00 | $1,090,225.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re   **87 Castle Hill Court, LLC**                                    Case No.  _____
                        Debtor(s)                                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                 $        **10,000.00**
   Prior to the filing of this statement I have received       $        **10,000.00**
   Balance Due                                                 $        per court order

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **to be approved by Order of the Court**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 4, 2019**
*Date*

*/s/ Lawrence F. Morrison/*
**Lawrence F. Morrison**
*Signature of Attorney*
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938   Fax: 646-390-5095**
**info@m-t-law.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re **87 Castle Hill Court, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Zoltan Kovacs<br>87 Castle Hill Court<br>Southampton, NY 11968 | Membership Interest | 99% | Equity |
| Zoltanne Kovacs<br>87 Castle Hill Court<br>Southampton, NY 11968 | Membership Interest | 1% | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Operating Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 4, 2019**                    Signature _____  
Zoltan Kovacs

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re   **87 Castle Hill Court, LLC**                                        Case No. _____

Debtor(s)                                     Chapter   **11**

## **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **February 4, 2019**

**Zoltan Kovacs/Operating Manager**
Signer/Title

30 Thompson AW Hlds LLC
c/o Rheem Bell & Mermelst
302 Fifth Avenue, 8th Fl
New York, NY 10001


9 Mineta AW Hldgs LLC
c/o Rheem Bell & Mermelst
302 5th Avenue, 8th Fl
New York, NY 10001


Allan B. Mendelsohn
38 New Street
Huntington, NY 11743


Gary F. Herbst
LaMonica Herbst & Manisca
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793


Michael J. Bonneville
Kriss & Feuerstein LLP
360 Lexington Avenue
Suite 1200
New York, NY 10017


Suffolk County Comptrolle
Dept. of Finance & Taxati
330 Center Drive
Riverhead, NY 11901


Town of Southampton
Receiver of Taxes
116 Hampton Rd.
Southampton, NY 11968


Westridge Lending Fund
c/o Rodeo Capital, Inc.
11755 Wilshire Blvd. #125
Los Angeles, CA 90025

# United States Bankruptcy Court
## Eastern District of New York

In re   **87 Castle Hill Court, LLC**                                                          Case No. _____

                                    Debtor(s)                                                   Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **87 Castle Hill Court, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**February 4, 2019**                             /s/ Lawrence F. Morrison
Date                                              **Lawrence F. Morrison**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **87 Castle Hill Court, LLC**
                                                  **Morrison Tenenbaum, PLLC**
                                                  **87 Walker Street, Second Floor**
                                                  **New York, NY 10013**
                                                  **212-620-0938 Fax:646-390-5095**
                                                  **info@m-t-law.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** 87 Castle Hill Court, LLC    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **18-75875**   JUDGE: **J. Scarcella**   DISTRICT/DIVISION: **Eastern District of New York**

DEBTOR NAME: **Zoltan Karoly Kovacs**

CASE STILL PENDING (Y/N): **Y**   [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: __**awaiting discharge**_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____   [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____   [*If closed*] Date of closing: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

*[signature]*

| | |
|---|---|
| Lawrence F. Morrison<br>Signature of Debtor's Attorney<br>**Morrison Tenenbaum, PLLC**<br>**87 Walker Street, Second Floor**<br>**New York, NY 10013**<br>**212-620-0938 Fax:646-390-5095** | Signature of Pro Se Debtor/Petitioner<br><br>Signature of Pro Se Joint Debtor/Petitioner<br><br>Mailing Address of Debtor/Petitioner<br><br>City, State, Zip Code<br><br>Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

**87 CASTLE HILL COURT, LLC,**

Debtor.
-----------------------------------------------------------------X

Chapter 11

Case No. 19-_____( )

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of 87 Castle Hill Court, LLC, a New York limited liability company (the "Company"), it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Zoltan Kovacs, Operating Manager, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Zoltan Kovacs, Operating Manager, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Zoltan Kovacs, Operating Manager, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the Company in such bankruptcy case.

Dated: New York, New York
       February 4, 2019

By:_____
Zoltan Kovacs, Operating Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

**87 CASTLE HILL COURT, LLC,**

                Debtor.

-----------------------------------------------------------------X

Chapter 11

Case No. 19-_____( )

<u>**AFFIDAVIT PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4**</u>

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK  )

I, Zoltan Kovacs, duly sworn, depose and say:

1. I am the Operating Manager of 87 Castle Hill Court, LLC (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

2. The Debtor owns real estate located at 87 Castle Hill Court, Southampton, NY 11968 (the "Property") which the Debtor values at approximately $3.2 - $3.5 million.

3. In connection with a refinance of the mortgage on the Property with Rodeo Capital Inc. and its affiliate Westridge Lending Fund, LLC ("Westridge"), the Property was transferred from the individual ownership by myself to the Debtor pursuant to a closing that occurred on or about March 22, 2018. However, the deed and mortgage were not recorded until October 11, 2016.

4. Around the time of the closing, and unbeknownst to me at that time, two creditors entered judgments against me as well as several other parties in connection with my guaranty of two promissory notes and upon two confessions of judgment that were executed on or about June 5, 2015. 30 Thompson AW Holdings LLC entered a judgment on April 8, 2016 in the amount of

$4,360,275, and 9 Mineta AW Holdings LLC entered a judgment on June 6, 2016 in the amount of $1,090,225.

5. On October 12, 2018, Westridge commenced a foreclosure action with respect to the Property in New York Supreme Court, Suffolk County, Index No. 619892/2018. The foreclosure action is in the early stages.

6. There are no other or prior bankruptcy cases against the Debtor and as such there has been no trustee or creditors' committee appointed in this case.

7. I have filed a personal chapter 11 case in the United States Bankruptcy Court for the Eastern District of New York on August 30, 2018, case no. 18-75875. The case has been converted to chapter 7 and Allan B. Mendelsohn is serving as the chapter 7 trustee.

8. The Debtor believes that due to timing of the recording of the mortgage, there may be a dispute between Westridge and the judgment creditors as to which entity holds the first position lien on the Property. Additionally, there are multiple other named judgment debtors on each judgment, and it is unknown what, if any, funds have been collected from other parties.

9. Through this bankruptcy case the Debtor intends to quickly sell the Property, and distribute funds to such creditors after any lien priority disputes have been resolved.

10. A copy of the Debtor's board resolution authorizing the Chapter 11 filing is being filed with the petition.

11. The Debtor is a New York limited liability company and was organized on November 10, 2009.

12. Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders is being filed with the petition.

13. Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules is a list containing the names and addresses of the Debtor's five (5) largest secured claims are as follows:

Westridge Lending Fund LLC
c/o Rodeo Capital, Inc.
11755 Wilshire Boulevard #1250
Los Angeles, CA 90025

30 Thompson AW Holdings LLC
c/o Rheem Bell & Mermelstein
302 Fifth Avenue, 8th Floor
New York, NY 10001

9 Mineta AW Holdings LLC
c/o Rheem Bell & Mermelstein
302 Fifth Avenue, 8th Floor
New York, NY 10001

14. Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, the Debtor's assets primarily include the Property which is valued at $3.2 - $3.5 million. The Debtor's liabilities include the secured creditors plus any unpaid real estate taxes. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

15. The Debtor does not have any publicly held shares, debentures, or other securities.

16. There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

17. The Debtor's books and records are located at 38-36 Flatlands Avenue, Brooklyn, New York 11234.

18. The Debtor has no employees.

19. The Debtor's estimated monthly operating expenses are as follows:

    a. Taxes $10,000 per year.

    b. Utilities $300 per month.

    c. Insurance $8,547 per year.

20. The Property is currently occupied by the Debtor's 1% member Zoltanne Kovacs who will be paying the utilities during the chapter 11 case. The insurance expense will be paid by a third party.

_____
Zoltan Kovacs, Operating Manager

Sworn to before me this
___ day of February, 2019

_____
NOTARY PUBLIC

BRIAN J. HUFNAGEL
Notary Public, State of New York
No. 01HU6256354
Qualified in Queens County
Commission Expires February 27, 20_20_